

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-19-00281-CR**

**EX PARTE MARLIN MAURICE NUTALL**

_____

**Original Proceeding**

**MEMORANDUM OPINION**

Marlin Maurice Nutall has filed a *pro se* application for writ of habeas corpus in this Court, claiming that he is unlawfully and illegally imprisoned.

This Court does not have original habeas jurisdiction in criminal law matters. *See Ex parte Price*, 228 S.W.3d 885, 886 (Tex. App.—Waco 2007, orig. proceeding) (per curiam) (mem. op.); *Ex parte Hearon*, 3 S.W.3d 650, 650 (Tex. App.—Waco 1999, orig. proceeding) (per curiam) (mem. op.). Accordingly, we dismiss Nutall's habeas application for want of jurisdiction.

REX D. DAVIS
Justice

Before Chief Justice Gray,
Justice Davis, and
Justice Neill
Dismissed
Opinion delivered and filed September 11, 2019
[OT06]

